

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-20-00413-CV

**IN RE A.C.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2020JUV00455
Honorable Carlos Quezada Jr., Judge Presiding

# O R D E R

Sitting:       Luz Elena D. Chapa, Justice
                  Beth Watkins, Justice
                  Liza A. Rodriguez, Justice

On August 19, 2020, A.C. submitted a filing titled "Petition for Writ of Mandamus." Because the filing uses a juvenile's full name, we **ORDER** the filing is **STRICKEN.** *See* TEX. R. APP. P. 9.8(a), (c); 9.9(a)(3), (c). We **ORDER** counsel for A.C. to resubmit the filing, properly redacted and with proper use of an alias, within seven days of the date of this order. We further **ORDER** counsel for A.C. to serve a copy of all future filings on both the State of Texas and the respondent trial judge. *See id.* R. 3.1(h); 9.5(a), (d), (e).

Although A.C.'s filing is titled "Petition for Writ of Mandamus," the filing argues this court has appellate jurisdiction over the challenged order, either as an interlocutory appeal or as an appeal from a final judgment. *See In re S.G., Jr.*, 935 S.W.2d 919, 923 (Tex. App.—San Antonio 1996, writ dism'd w.o.j.). Because the filing presents a potential jurisdictional issue, we **ORDER** A.C. to file a response to this order within seven days showing, along with supporting authority, whether the challenge to the trial court's order should proceed as an original proceeding (whether for mandamus or habeas corpus), or as an appellate proceeding (whether an accelerated appeal or regular appeal). *See* TEX. R. APP. P. 31, 52.

Furthermore, we **ORDER** the State's and respondent's responses to A.C.'s resubmitted filing, as well as to A.C.'s response to this order, are due within 10 days of being served with a copy of those respective filings.

It is so **ORDERED** on August 25, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz, Clerk of Court